UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MARVIN STURGEON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 09-06-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WAL-MART STORES EAST, L.P., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 54 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Judgment is entered in favor of Defendant Wal-Mart Stores East, L.P., with respect to all claims asserted in this action by Plaintiff Marvin Sturgeon.

2.  The Complaint filed herein is **DISMISSED**, with prejudice.

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 4th day of September, 2009.

